# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

36 C.F.R. Sec. 1002.31(a)(1) - Trespassing - Class B Misdemeanor

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ Richard R. Roitinger

DISTRICT COURT NUMBER

CR 05 00706 MAG

**PENALTY:**
Maximum Imprisonment: 6 months
Maximum Fine: $5,000
One Year of Supervised Release
Mandatory Special Assessment of $10

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Postal Inspector

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
DEREK R. OWENS

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**E-Filing**

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

KEVIN R. RYAN (CSBN 118321)
United States Attorney



**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 05 00706 |
| Plaintiff, | VIOLATION: 36 C.F.R. §1002.31(a)(1) - Trespassing (Class B Misdemeanor) |
| v. | SAN FRANCISCO VENUE |
| RICHARD ROITINGER, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE:   36 C.F.R. §1002.31(a)(1)

On or about August 28, 2005, in the Northern District of California, within an area of special maritime and territorial jurisdiction of the United States, to wit: land under the exclusive jurisdiction of the United States and administered by the Presidio Trust, the defendant,

RICHARD ROITINGER,

did enter real property not open to the public, without the invitation or the consent of the person having lawful control of the real property, in violation of Title 36, Code of Federal Regulations,

INFORMATION

| | |
|---|---|
| 1 | Section 1002.31(a)(1), a Class B Misdemeanor. |
| 2 | |
| 3 | DATED: 11/7/05 |
| | KEVIN V. RYAN |
| | United States Attorney |
| 4 | |
| 5 | W. _____ |
| | MICHAEL LI-MING WANG |
| | Chief, Major Crimes Section |

(Approved as to form: _____ )
DEREK R. OWENS
Special Assistant United States Attorney

INFORMATION